UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT MEIDE,

    Plaintiff,

v.

                      Case No. 3:18-cv-01037-MMH-MCR

PULSE EVOLUTION CORPORATION,
JOHN TEXTOR, GREGORY CENTINEO,
JULIE NATALE, DANA TEJEDA, AGNES KING,
JOHN KING, EVOLUTION AI CORPORATION,
JORDAN FIKSENBAUM, LAURA ANTHONY,
MICHAEL POLLACCIA, a/k/a MICHAEL ANTHONY,
and FRANK PATTERSON,

    Defendants.

_____/

### NOTICE OF FILING DECLARATION OF JOHN TEXTOR IN SUPPORT OF OPPOSITION TO MOTION TO SUBSTITUTE PARTY AND MOTION FOR LEAVE TO AMEND COMPLAINT

The Defendants, Pulse Evolution Corporation ("Pulse"), Evolution AI Corporation ("EAI"), John Textor ("Textor"), Jordan Fiksenbaum ("Fiksenbaum"), and Frank Patterson ("Patterson") (collectively, the "Pulse Defendants"), by and through their undersigned counsel, hereby give notice of filing the Declaration of John Textor in Support of the Opposition to Motion to Substitute Party and Motion for Leave to Amend Complaint.

Dated: July 20, 2020

                                      By: /s/ Richard G. Salazar
                                          Richard G. Salazar
                                          Florida Bar No. 0899615
                                          E-mail: Richard.Salazar@bipc.com
                                          BUCHANAN INGERSOLL & ROONEY, PC
                                          401 E. Jackson Street, Suite 2400
                                          Tampa, FL  33602
                                          Telephone:    (813) 222-8180
                                          Facsimile:     (813) 222-8189

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 20th day of July, 2020, by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to the following:

William H. McLean
McLean Law, P.A.
653 West 23rd Street
Unit 305
Panama City, FL 32405

Michael D. Lee
301 W. Bay Street, Suite 1030
Jacksonville, Florida 32202

Robert F. Salkowski, Esq.
Zarco, Einhorn, Salkowski & Brito, P.A.
2 South Biscayne Blvd., 34th Floor
Miami, FL 33131

Dana Tejeda, Pro se
245 NE 14 St. #3808
Miami, FL 33132
dana.t@icloud.com

/s/ Richard G. Salazar

4849-6429-1267, v. 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT MEIDE,

    Plaintiff,

v.

                      Case No. 3:18-cv-01037-MMH-MCR

PULSE EVOLUTION CORPORATION,
JOHN TEXTOR, GREGORY CENTINEO,
JULIE NATALE, DANA TEJEDA, AGNES KING,
JOHN KING, EVOLUTION AI CORPORATION,
JORDAN FIKSENBAUM, LAURA ANTHONY,
MICHAEL POLLACCIA, a/k/a MICHAEL ANTHONY,
and FRANK PATTERSON,

    Defendants.
_____/

**DECLARATION OF JOHN TEXTOR IN SUPPORT OF
OPPOSITIONS TO MOTION TO SUBSTITUTE PARTY
AND MOTION FOR LEAVE TO AMEND COMPLAINT**

    BEFORE ME, the undersigned authority, personally appeared John Textor, who being duly sworn, deposes and states:

    1.    I am over 18 years of age and am competent to make the statements contained herein. I make this declaration on personal knowledge. I understand that this Declaration will be submitted to the United States District Court for the Middle District of Florida in connection with the above-styled lawsuit and specifically in connection with the Pulse Defendants' opposition to the motions to substitute party and leave to amend the complaint.

    2.    For more than two years, beginning in July 2018, I have been the victim of a scheme implemented by Scott Meide, designed to expose me to disgrace if I did not pay him millions of dollars for his losses in investments, including losses related to a feature film investment which significantly pre-dated our relationship and, with which, I had no involvement.

3. Mr. Meide has been working with an organization of non-lawyers (known as TakingBackJustice.com). While providing legal assistance to *pro se* plaintiffs, the principals of TakingBackJustice.com work with their clients to produce and broadly distribute a 'full court press' of defamatory and libelous content, such as video productions for YouTube, fictitious research reports optimized for search engines, and lawsuits with sensational claims that are emailed to the friends and family of their targets.

4. On the TakingBackJustice ("TBJ") website, which for two years has been prominently visible when I am 'searched' via Google, I am branded as a "Penny Stock Fraudster" on a page that features numerous videos of how "pump and dump" schemes work. Only once in my life have I been involved in a publicly listed company that for a time traded for less than $1 per share (a 'penny stock'), which is the company that is the subject of this lawsuit, and even that company has successfully grown well beyond the definition of a 'penny stock'.

5. Since Mr. Meide filed this lawsuit in July of 2018, my former startup company, which is also my employer, has become a publicly listed company with a +one billion dollar market capitalization. Despite these developments, my startup is still branded a complete sham in the constantly advertised and distributed complaint.

6. Attached as Exhibit 1 to my Declaration are screenshots of the website www.TakingBackJustice.com (and the specific link that features me can still be found at http://www.takingbackjustice.com/taking-on-the-penny-stock-fraudsters.html ). The website operators fail to mention in their postings that they actually have been assisting Mr. Meide with the case by drafting or revising certain pleadings in the case, including the original complaint in the case. The reason I know this is because when Mr. Meide distributed a copy of the original complaint to certain defendants, the metadata within the document contained references to one of

the original authors, who I contacted directly and confirmed as one of the principals of Taking Back Justice.

7. For the past almost two years, not only has Mr. Meide used this and other lawsuits to exact harm to my reputation, he also has targeted my spouse and son, all in an effort to force me to resolve this matter.

8. In May of 2019, Mr. Meide filed a lawsuit against the U.S. Attorney for the Central District of California to require the U.S. Attorney to convene a grand jury to consider criminal charges against over fifty (50) separate defendants, including me, my wife and my son. The basis for his pursuit of criminal charges were events related to Mr. Meide's monetary losses in connection with an investment in a feature film with which neither I, nor any other member of my family was involved.  Further, my son would have been a minor, only 6 years old in the year 2007, at the time of the events which he claims give rise to criminal violations such as RICO and "Securities Law" against me, my wife and my son, among others.  A copy of Mr. Meide's lawsuit against the U.S. Attorney is attached as Exhibit 2 to my Declaration.

9. Mr. Meide also filed a civil lawsuit against me, my wife, my son and at least 50 other defendants in California federal court, for securities fraud and other causes of action. Again, Mr. Meide was well aware that neither I nor my family were involved in the investment that is the subject of the California civil lawsuit.  The California civil action is styled:

 Scott Meide, David Hegland, Dawn Hegland, Merlyn Hegland, Nathan Hill, And Kyle A. Janes,

 vs.

Noah Centineo, Greg Centineo, Anthony L.G., Pllc Fka Legal & Compliance, LLC; Addison Textor, Agnes King, Alpine Pictures, Inc.; Aviron Capital LLC; Aviron Pictures, Llc; Bonnie Radford; Brad Jashinsky; Brandon Kramer; Charlie C. Walters; Chris Mcgarahan; Christie Hsiao; Claire Heath; Clarius Capital Group, LLC; Cw3pr; Dana Tejeda; David Sugarman; Deborah Textor, Frank Patterson; Greg Kramer; Hyde Park Entertainment; John "Jack" Honour; James E. Roberts; Jeff Urdank; John A. King; John M. Gatti, Esq.; John Textor, Joy Kramer; Judi

>Becker, Julie C. Natale; Kellee Andes Centineo; Kevin Trudeau; Laura Anthony, Esq.; Louis N. Hamel, CPA; Marc J. Lane, Esq.; Michael E. Wilford, Cpa; Michael K. Douglas; Natalie J King; Neil L. Kaufman; Nick Centineo; O'Melveny Law Firm; Peter Velardi; Rene A. Torres; Rich Carroll; Robert Centineo; Robert Laimo; Roland Carroll; Ryan Carroll; Sheldon Rabinowitz; Stereo Vision Entertainment, Inc.; Steve Tejeda; Summertime Entertainment, Inc.; Svetlana Carroll; Tara K. Glaser; The Veldardi Group, LLC; and Wayne Kramer, William Sadlier, United States District Court, Central District of California; Case No. 2:19-cv-07171-PA(KS).

The California lawsuit stems from Mr. Meide's alleged investment in a business venture involving the creation of an animated sequel to the Wizard of Oz, a venture that he has referred to in this litigation as well. Again, the underlying dispute relates to Mr. Meide's losses from his investment in a feature film with which neither I, nor any other member of my family was involved.

10. Mr. Meide named my wife, Deborah, and our son, Addison, in the California civil action, accusing them of federal securities fraud and other related claims. Neither my wife nor my son have been involved in any of my business dealings with Mr. Meide. Further, based on the timeline of events as described in his California complaint, my son would have been a minor, approximately 6 years old, at the time of the events which he claims give rise to claims against my son. However, these facts, which Mr. Meide is well area of, did not prevent him from naming my wife and son as defendants. Attached as Exhibit 3 is a copy of the California civil complaint.

11. As with the complaint filed in this case, the California civil complaint is not designed as a legitimate vehicle to recover alleged losses, but is the starting point as the basis to further disparage and malign me (and others) in social media. The filing of the complaint and a description of the underlying dispute is the subject of an approximately 25 minute YouTube video. The video is hosted by Mat Brunet (aka @AniMat505), a YouTube and social media personality. The YouTube video also displays a copy of the California complaint along with a close-up of the cover page of the complaint that identifies my son as a defendant. A screenshot

Page **4** of **5**

of the YouTube video is attached as Exhibit 4. Given the strategy that Mr. Meide has employed to date, including his personal on-camera appearance in related videos, it is clear that Mr. Meide (or others working with him) are responsible for the posting of this YouTube video.

12. The inflammatory and disparaging statements about me, and the sensational claims of the original and amended complaints, are not the product of a pro se litigant not understanding how a complaint should be pled. Instead, they are part of a strategy to make sure that the allegations are repeated on the internet and visible to potential investors and the industry, all in an effort to pressure me and related defendants to settle with Mr. Meide.

13. Given Mr. Meide's continuing misuse of the legal system to the detriment of me, my family and the other defendants in the action, and given the length of the incredibly difficult two year period we have endured, we respectfully submit that he should not be permitted to further amend (for the third time) or otherwise substitute parties to this action, just to advance new theories that will also be proven untrue, simply to extend Mr. Meide's campaign of personal destruction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2020.

_____
JOHN TEXTOR

4814-2796-5635, v. 1

## ATTACHMENT A

## Exhibit Index

| Number | Title |
|---|---|
| 1 | TakeBackJustice.com Website Screen shots. |
| 2 | Hegland v. Hanna Complaint, U.S. District Court, Central District of California Court, Case No. 2:19-cv-04492. |
| 3 | Meide et al. v. Centineo, Textor, et al, U.S. District Court, Central District of California Court, Case No. 2:19-cv-07171. |
| 4 | The UPDATED History of Legends of Oz: The Scam's Return (feat. Noah Centineo) YouTube video screen shot. |