UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT MEIDE,

    Plaintiff,

v.                                                                  Case No. 3:18-cv-01037-MMH-MCR

PULSE EVOLUTION CORPORATION,
JOHN TEXTOR, GREGORY CENTINEO,
JULIE NATALE, DANA TEJEDA, AGNES KING,
JOHN KING, EVOLUTION AI CORPORATION,
JORDAN FIKSENBAUM, LAURA ANTHONY,
MICHAEL POLLACCIA, a/k/a MICHAEL ANTHONY,
and FRANK PATTERSON,

    Defendants.

_____/

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SUPPLEMENTAL MOTION ON AMOUNT OF ATTORNEY'S
FEES AND/OR COSTS, WITH INCORPORATED MEMORANDUM OF LAW**

Defendants, LAURA ANTHONY and MICHAEL POLLACCIA a/k/a MICHAEL ANTHONY, hereby move for an order extending the time to file their Supplemental Motion on Amount of Attorney's Fees and/or Costs ("Motion"). In support of this motion, Defendants state as follows:

1. On or about September 29, 2021, the Court entered an Order setting a deadline of November 15, 2021 for Defendants to file their Supplemental Motion on Amount of Attorney's Fees and/or Costs. *See* [DE 164].

2. The undersigned has been working diligently to prepare the Motion but requires additional time to prepare the same, due in part to several other pending matters and coordination

of schedules with an expert witness to complete the analysis of fees and costs relating to the various claims in this action.

3. Accordingly, Defendants contend that good cause exists for the granting of a fourteen (14) day extension of time to the deadline up to, and including November 29, 2021.

4. Federal Rule of Civil Procedure 6(b) provides that a deadline may be extended for good cause shown. *See* FRCP 6(b).

5. Defendants have not previously sought an extension of time to prepare and file Defendants' Motion, and the relief requested herein is made in good faith and not for any dilatory purpose. No party will be prejudiced by a brief fourteen (14) day extension of time for Defendants to file their motion.

## CERTIFICATION

Pursuant to L.R. 3.01(g), the undersigned counsel certifies that he has conferred with counsel for Plaintiff, William H. McLean, Esq., on November 12, 2021 regarding the relief requested herein. Mr. McLean advised that Plaintiff does not oppose the relief being sought.

**WHEREFORE**, Defendants, LAURA ANTHONY and MICHAEL POLLACCIA a/k/a MICHAEL ANTHONY, respectfully request that this Honorable Court enter an order: (i) granting the instant Motion; (ii) extending the time for Defendants to file their Supplemental Motion on the Amount of Attorney's Fees and/or Costs by fourteen days—up to and including November 29, 2021; and (iii) granting such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Defendant Laura Anthony*
One Biscayne Tower
2 South Biscayne Blvd, Suite 3400
Miami, Florida 33131
T: (305) 374-5418
F: (305) 375-5428

By: /s/ *Michael D. Braunstein*
**Robert F. Salkowski**
Florida Bar No. 903124
rsalkowski@zarcolaw.com
**Michael D. Braunstein**
Florida Bar No. 1003845
mbraunstein@zarcolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2021, I electronically filed the foregoing Unopposed Motion For Extension of Time with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the Plaintiff and Defendants in this matter, and to *pro se* Defendant Dana Tejeda via electronic mail (dana.t@icloud.com).

By: /s/ *Michael D. Braunstein*
**Michael D. Braunstein**