# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# (JACKSONVILLE)

SCOTT MEIDE,

    Plaintiff,

v.

PULSE EVOLUTION
CORPORATION, et al

    Defendants.

Case No: 3:18-cv-1037-MMH-MCR

Judge Marcia Morales Howard

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Scott Meide hereby appeals to the Eleventh Circuit Court of Appeals from the final decision entered in this action on September 15, 2022.

Date: October 8, 2022

Respectfully Submitted,

*Scott-M:Meide, bene.*
Scott-M:Meide, Bene.

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing Plaintiff's NOTICE OF APPEAL was served upon opposing counsel via E-Service; United States Mail postage paid, and/or by email to:

Richard G. Salazar

BUCHANAN, INGERSOLL & ROONEY, P.C.

401 East Jackson Street
Suite 2400
Tampa, FL 33602
Richard.salazar@bipc.com

    For Defendant Pulse Evolution Corporation
    For Defendant John Textor
    For Defendant Jordan Fiksenbaum
    For Defendant Frank Patterson

Michael Devon Lee
THE LILES FIRM, P.A.
301 West Bay Street
Suite 1030
Jacksonville, Florida 32202
mlee@thelilesfirm.com

    For Defendant Greg Centineo
    For Defendant Julie Natale
    For Defendant Agnes King
    For Defendant John King

Robert Francis Salkowski
ZARCO, EINHORN, SALKOWSKI & BRITO, P.A.
2 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
rsalkowski@zarcolaw.com

    For Defendants Laura Anthony and Michael Pollacia

Dana Tejeda, unrepresented party

245 NE 14 St. #3808
Miami, FL 33132
Dana.t@icloud.com

on this 8th day of October 2022.

Respectfully Submitted,

*Scott-M:Meide, bene.*
Scott-M:Meide, Bene.